IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

STEFANI JACKSON,

   Plaintiff,

  v.

RUSSELL MAYS,

   Defendant.

CIVIL ACTION FILE
NO. 1:12-CV-2127-TWT

ORDER

This is an action under the Fair Debt Collection Practices Act. It is before the Court on the Report and Recommendation [Doc. 14] of the Magistrate Judge recommending denying the Defendant's Motion to Dismiss [Doc. 7]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 7] is DENIED.

SO ORDERED, this 28 day of March, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge