IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STEFANI JACKSON,<br><br>    Plaintiff,<br><br>    v.<br><br>RUSSELL MAYS,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:12-CV-2127-TWT |

## ORDER

This is an action under the Fair Debt Collection Practices Act. It is before the Court on the Report and Recommendation [Doc. 14] of the Magistrate Judge recommending denying the Defendant's Motion to Dismiss [Doc. 7]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 7] is DENIED.

SO ORDERED, this 28 day of March, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\12\Jackson\12cv2127\r&r.wpd